| | |
|---|---|
| FOLIO LAW GROUP PLLC<br>DAVID D. SCHUMANN (SBN 223936)<br>STEFAN SZPAJDA (SBN 282322)<br>1200 Westlake Ave. N., Suite 809<br>Seattle, WA 98109<br>Tel: (206) 880-1802<br><br>*Attorneys for Defendants* | DONAHUE FITZGERALD LLP<br>ANDREW S. MACKAY (SBN 197074)<br>PADMINI CHERUVU (SBN 301292)<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Tel: (510) 451-3300<br>Fax: (510) 451-1527<br><br>*Attorneys for Plaintiff ORGANICGIRL, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORGANICGIRL, LLC,<br>    Plaintiff,<br>v.<br>THIS ORGANIC GIRL LLC; and LISA FENNESSY,<br>    Defendants. | Case No: 4:22-cv-00890-JST<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO REQUEST CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

This matter came before the Court on the parties' Joint Stipulation for Extension of Time for Defendants to Respond to the Complaint and to Request Continuance of the Case Management Conference.

Having considered the stipulation, this Court:

FINDS good cause exists to move the deadline to Answer the Complaint from June 3, 2022, to August 2, 2022.

FINDS good cause exists to continue the case management conference by at least 90 days, to December 6, 2022 at 2:00 PM.

HEREBY ORDERS the Deadline to Answer the Complaint is EXTENDED to August 2, 2022, and the Case Management Conference is RESET to December 6, 2022 at 2:00 PM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 6, 2022

_____
Hon. Jon S. Tigar