UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANICGIRL, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THIS ORGANIC GIRL LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00890-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 27 |

　　　　The parties have filed a stipulation with a proposed order to modify the case schedule in which the parties indicate that they have "agreed on settlement terms." ECF No. 27 at 2. Accordingly, any scheduled hearings or deadlines are vacated, ECF No. 27 is denied as moot, and this matter is dismissed with prejudice. The Clerk shall close the file.

　　　　This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

　　　　**IT IS SO ORDERED**.

Dated: March 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge