UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANICGIRL, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>THIS ORGANIC GIRL LLC, et al.,<br><br>            Defendants. | Case No. 22-cv-00890-JST<br><br>**ORDER VACATING ORDER OF DISMISSAL, REOPENING CASE, AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 30 |

After meeting and conferring with Defendants, Plaintiff has filed a notice, ECF No. 30, indicating that settlement did not occur within 60 days of this Court's order of dismissal upon settlement, ECF No. 27. Accordingly, the order of dismissal upon settlement, ECF No. 27, is hereby vacated. The Clerk shall reopen the file. A Case Management Conference is hereby set for June 20, 2023. Case Management Statements are due June 13, 2023.

**IT IS SO ORDERED.**

Dated: May 31, 2023

_____
JON S. TIGAR
United States District Judge