| | |
|---|---|
| ANDREW S. MACKAY, #197074<br>amackay@donahue.com<br>PADMINI CHERUVU, #301292<br>pcheruvu@donahue.com<br>DONAHUE FITZGERALD LLP<br>Attorneys at Law<br>1999 Harrison Street, 26th Floor<br>Oakland, California 94612-3520<br><br>Telephone: (510) 451-3300<br>Facsimile: (510) 451-1527<br><br>Attorneys for Plaintiff<br>ORGANICGIRL, LLC | David D. Schumann (Cal. Bar No. 223936)<br>david.schumann@foliolaw.com<br>Stefan Szpajda (Cal. Bar No. 282322)<br>stefan@foliolaw.com<br>FOLIO LAW GROUP PLLC<br>1200 Westlake Ave. N., Suite 809<br>Seattle, WA 98109<br>Tel: (206) 880-1802<br><br>Attorneys for Defendants THIS ORGANIC GIRL LLC and LISA FENNESSY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANICGIRL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THIS ORGANIC GIRL LLC; and LISA FENNESSY,<br><br>　　　　Defendants. | Case No. 4:22-cv-00890-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER**<br><br>Complaint Filed: February 11, 2022 |

**[PROPOSED] ORDER**

Based on the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED as follows:

1. Case No. 4:22-cv-00890-JST be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. This Court shall retain jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement dated September 6, 2023.

Dated: October 31, 2023

_____
Hon. Jon S. Tigar